Argued January 23, reversed and remanded March 4, 1974

## MONTE GENE MOORE, *Petitioner, v.* OREGON STATE PENITENTIARY, *Respondent.*

519 P2d 389

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.

PER CURIAM.

REVERSED AND REMANDED.

Like *Bonney v. OSP,* 16 Or App 509, 519 P2d 383

(1974), this is a prison discipline review proceeding. In *Bonney* we upheld the prison discipline procedures against statutory and constitutional challenge. This disposes of the major issues raised in this case.

██ It is, however, here conceded that the record does not establish that prison officials followed all requirements of those rules.[1] The elementary proposition that an agency of government must follow its own rules requires no citation of authority.

Reversed and remanded.

---

[1] Specifically, the record does not disclose that the prison officials advised the petitioner that under Rules IV (2) and IV (4) he had the right under certain circumstances to representation and the right to submit questions to be posed by the disciplinary committee to the person charging, or other persons.